UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CYNTHIA J. FRILOUX                          CIVIL ACTION

VERSUS                                      NUMBER: 07-6760

MICHAEL J. ASTRUE,                          SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**

New Orleans, Louisiana, this 3rd day of February, 2010.

UNITED STATES DISTRICT JUDGE